# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 98-1613

_____

Wendy E. Taylor,                                  *
                                                  *
                Appellant,                        *
                                                  *    Appeal from the United States
        v.                                        *    District Court for the
                                                  *    Eastern District of Missouri.
State of Alabama Bar Association;                  *
et al.,[1]                                        *           [UNPUBLISHED]
                Appellees.                         *

_____

Submitted:  August 3, 1998

Filed: August 7, 1998

_____

Before McMILLIAN, RICHARD S. ARNOLD, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

_____

[1]An official caption containing a complete list of parties is on file and available for inspection in the Office of the Clerk of the Court, United States Court of Appeals for the Eighth Circuit.

PER CURIAM.

Wendy Taylor appeals from the district court's[2] dismissal without prejudice of her complaint as frivolous under 28 U.S.C. § 1915(e)(2)(B)(i). After carefully reviewing the record, we affirm the judgment of the district court for the reasons it stated. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[2]The Honorable Donald J. Stohr, United States District Judge for the Eastern District of Missouri.